# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MONICA ISAAC GALAGARZA,

    Plaintiff,

v.                                                                              Case No. 6:23-cv-449-RBD-RMN

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation submitting that the Court should affirm the Commissioner's final decision and direct the Clerk to enter a judgment in favor of Defendant. (Doc. 20 ("R&R").) The parties did not object, and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 20) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Plaintiff and then close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 16, 2023.

ROY B. DALTON, JR.
United States District Judge